No. 490. SANSOME *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. R. M. O'Hara* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch,* and *Francis H. Horan* for respondent.

No. 497. WYOMING EX REL. MERRITT OIL CORP. *v.* DISTRICT COURT. December 19, 1932. Petition for writ of certiorari to the Supreme Court of Wyoming denied. *Messrs. Bolitha J. Laws, Paul B. Cromelin,* and *W. L. Walls* for petitioner. *Messrs. Roderick N. Matson* and *L. E. Armstrong* for respondent.

No. 503. SOUTHERN PACIFIC Co. *v.* UNITED STATES. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henley C. Booth* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for the United States.

No. 505. BRINK *v.* UNITED STATES. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sidney G. Stricker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.